UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>WALGREEN CO., WALGREENS BOOTS ALLIANCE, INC., WALGREEN EASTERN CO., INC., BOND DRUG COMPANY OF ILLINOIS, DUANE READE, DUANE READE, INC., WALGREEN ARIZONA DRUG CO., HAPPY HARRY'S INC., WALGREEN LOUISIANA CO., INC., and WALGREEN OF HAWAII, LLC,<br><br>    Defendants. | No. 18 C 5452,<br>No. 22 C 6052,<br>No. 22 C 6366, and<br>No. 23 C 1617<br><br>JURY TRIAL DEMANDED |
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF LOUISIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WASHINGTON, *ex rel.* T.J. NOVAK,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>    Defendant. | No. 18 C 5452 |

| | |
|---|---|
| UNITED STATES, *ex rel.* ELMER MOSLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALGREEN CO., ) <br> ) <br> Defendant. ) | No. 22 C 6052 |
| UNITED STATES OF AMERICA *ex rel.* K&V ) <br> GROUP, LLP and on behalf of the STATES of ) <br> CALIFORNIA, COLORADO, CONNECTICUT, ) <br> DELAWARE, FLORIDA, GEORGIA, HAWAII, ) <br> ILLINOIS, INDIANA, IOWA, LOUISIANA, ) <br> MARYLAND, MICHIGAN, MINNESOTA, ) <br> MONTANA, NEVADA, NEW JERSEY, NEW ) <br> MEXICO, NEW YORK, NORTH CAROLINA, ) <br> OKLAHOMA, RHODE ISLAND, TENNESSEE, ) <br> TEXAS, VERMONT, WASHINGTON, the ) <br> Commonwealth of MASSACHUSETTS, the ) <br> Commonwealth of VIRGINIA, the ) <br> Commonwealth of PUERTO RICO, the ) <br> DISTRICT OF COLUMBIA, the CITY OF ) <br> CHICAGO, the CITY OF HALLANDALE ) <br> BEACH, BROWARD COUNTY, and MIAMI- ) <br> DADE COUNTY, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> WALGREENS BOOTS ALLIANCE, INC., ) <br> WALGREEN CO., BAXTER DRUG, INC., ) <br> DUANE READE HOLDINGS, INC., DUANE ) <br> READE, INC., HAPPY HARRY'S DISCOUNT ) <br> DRUG STORES, INC., HAPPY HARRY'S, INC., ) <br> STEPHEN L. LAFRANCE PHARMACY, INC., ) <br> WALGREEN HASTINGS CO., WALGREEN ) <br> EASTERN CO., INC., BOND DRUG ) <br> COMPANY OF ILLINOIS, LLC, WALGREEN ) <br> LOUISIANA CO., INC., WALGREEN ) <br> MERCANTILE CORP., WALGREEN OF ) <br> HAWAII, LLC, WALGREEN OF MAUI, INC., ) <br> WALGREEN OF PUERTO RICO, INC., ) <br> WALGREEN OF SAN PATRICIO, INC., ) <br> WALGREENS OF NORTH CAROLINA, INC., ) | No. 22 C 6366 |

2

| | |
|---|---|
| WALGREENS OF MASSACHUSETTS, LLC, | ) |
| WALGREENS STORE NO. 3288, LLC, | ) |
| WALGREENS STORE NO. 3332, LLC, | ) |
| WALGREENS  STORE NO. 3680, LLC, | ) |
| WALGREENS STORE NO. 4650, LLC, | ) |
| WALGREENS STORE NO. 4651, LLC, | ) |
| WALGREENS STORE NO. 5576, LLC, | ) |
| WALGREENS STORE NO. 5838, LLC, | ) |
| WALGREENS STORE NO. 7839, LLC, | ) |
| WALGREEN OF US VIRGIN ISLANDS, LLC, | ) |
| WALGREEN OSHKOSH, INC., WALGREEN | ) |
| PHARMACY SERVICES EASTERN, LLC, | ) |
| WALGREEN PHARMACY SERVICES | ) |
| MIDWEST, LLC, WALGREEN PHARMACY | ) |
| SERVICES SOUTHERN, LLC, WALGREEN | ) |
| PHARMACY SERVICES WESTERN, LLC, and | ) |
| WALGREEN PHARMACY SERVICES WHS, | ) |
| LLC, and WALGREEN OF NEW MEXICO, INC, | ) |
| | ) |
| Defendants. | ) |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | ) | |
| PATRICK AWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23 C 1617 |
| | ) | |
| WALGREENS CO. and WALGREENS BOOTS | ) | |
| ALLIANCE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The United States has intervened in part  and declined to intervene in part in these actions, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4). Therefore, the Clerk of Court is directed to unseal the relators' original and amended complaints, the United States' Notices of Election to Intervene in Part and to Decline to Intervene in Part, and this Order in all of the cases. All other papers or orders on file in these matters shall remain under seal until further court order. The seal

3

shall also be lifted as to all matters occurring in these actions after the date of this order. The Clerk of Court is directed to reassign all of these cases to another district judge.

IT IS SO ORDERED,

This September 3, 2024.

E N T E R:

_____
Chief Judge Virginia M. Kendall
United States District Court