**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

T.J. Novak, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:18−cv−05452
                                                        Honorable Joan H. Lefkow

Walgreens Boots Alliance, Inc.
                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, January 29, 2025:


        MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held and continued to 5/21/2025 at 9:30 a.m. in courtroom 2201. Mailed notice (ags)



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.