# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

T.J. Novak, et al.
                                                Plaintiff,

v.                                                                                  Case No.: 1:18−cv−05452
                                                                                   Honorable Joan H. Lefkow

Walgreens Boots Alliance, Inc.
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2025:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion to reassign case as related [62] is granted. Case 25−cv−1058 will be recommended to the Executive Committee to be reassigned to this Court. Motion hearing date is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.