UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>WALGREEN CO., WALGREENS BOOTS ALLIANCE, INC., WALGREEN EASTERN CO., INC., BOND DRUG COMPANY OF ILLINOIS, DUANE READE, DUANE READE, INC., WALGREEN ARIZONA DRUG CO., HAPPY HARRY'S INC., WALGREEN LOUISIANA CO., INC., and WALGREEN OF HAWAII, LLC,<br><br>Defendants. | No. 18 C 5452,<br>No. 22 C 6052,<br>No. 22 C 6366, and<br>No. 23 C 1617<br><br>Judge Lefkow<br><br>JURY TRIAL DEMANDED |
| UNITED STATES OF AMERICA, *ex rel.* T.J. NOVAK,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | No. 18 C 5452<br><br>Judge Lefkow |
| UNITED STATES, *ex rel.* ELMER MOSLEY,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | No. 22 C 6052<br><br>Judge Lefkow |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* K&V GROUP, LLP and on behalf of the STATE of FLORIDA, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., BAXTER DRUG, INC., DUANE READE HOLDINGS, INC., DUANE READE, INC., HAPPY HARRY'S DISCOUNT DRUG STORES, INC., HAPPY HARRY'S, INC., STEPHEN L. LAFRANCE PHARMACY, INC., WALGREEN HASTINGS CO., WALGREEN EASTERN CO., INC., BOND DRUG COMPANY OF ILLINOIS, LLC, WALGREEN LOUISIANA CO., INC., WALGREEN MERCANTILE CORP., WALGREEN OF HAWAII, LLC, WALGREEN OF MAUI, INC., WALGREEN OF PUERTO RICO, INC., WALGREEN OF SAN PATRICIO, INC., WALGREENS OF NORTH CAROLINA, INC., WALGREENS OF MASSACHUSETTS, LLC, WALGREENS STORE NO. 3288, LLC, WALGREENS STORE NO. 3332, LLC, WALGREENS STORE NO. 3680, LLC, WALGREENS STORE NO. 4650, LLC, WALGREENS STORE NO. 4651, LLC, WALGREENS STORE NO. 5576, LLC, WALGREENS STORE NO. 5838, LLC, WALGREENS STORE NO. 7839, LLC, WALGREEN OF US VIRGIN ISLANDS, LLC, WALGREEN OSHKOSH, INC., WALGREEN PHARMACY SERVICES EASTERN, LLC, WALGREEN PHARMACY SERVICES MIDWEST, LLC, WALGREEN PHARMACY SERVICES SOUTHERN, LLC, WALGREEN PHARMACY SERVICES WESTERN, LLC, and WALGREEN PHARMACY SERVICES WHS, LLC, and WALGREEN OF NEW MEXICO, INC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 22 C 6366 ) ) Judge Lefkow ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICK AWA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 23 C 1617 ) ) Judge Lefkow |
| WALGREENS CO. and WALGREENS BOOTS ALLIANCE, INC., | ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION FOR ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the United States of America, having intervened in this *qui tam* action brought pursuant to the False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA") and the Relators, in accordance with and subject to the terms of the settlement agreement executed April 18, 2025 ("the Settlement Agreement"), hereby move for a dismissal as follows:

A. the dismissal shall be with prejudice as to the United States' and the Relators' claims against Defendants[1] as alleged in the United States' Amended Complaint in Intervention and the Settlement Agreement Covered Conduct (Recital Paragraph D);

B. the dismissal shall be with prejudice to the Relators, and without prejudice to the United States, as to all other claims against Defendants alleged in each Relator's operative Complaint except this motion shall not dismiss (1) Relators' claims against Defendants for recovery of attorneys' fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d), or (2) Relator Awa's personal claims pursuant to 31 U.S.C. § 3730(h); and

C. this motion shall not dismiss any claims Relators may have against the States of

---

[1] "Defendants" means all Defendants named in the United States' Amended Complaint in Intervention or any Relator's operative Complaint.

California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington (collectively the "States") for a share of the State Settlement Funds. For the avoidance of doubt, nothing in the Settlement Agreement limits any claims Relators may have against the States, and the United States takes no position on whether or not the Relators have any claims against the States. Further, this motion shall not affect Paragraph 3 of the Court's order dated January 2, 2024, in *United States ex rel. Novak v. Walgreens, et al.*, No. 18 C 5452 (N.D. Ill.).

Defendants consent to this motion. Defendants have not filed an answer or responsive pleading to the Complaint.

A proposed order has been submitted herewith for the Court's consideration.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney
General, Civil Division

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ANDREW S. BOUTROS
United States Attorney for the
Northern District of Illinois

s/ Valerie R. Raedy
VALERIE R. RAEDY
Assistant United States Attorney
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
valerie.raedy@usdoj.gov
312-353-8694

| | |
|---|---|
| AMANDA N. LISKAMM<br>Director<br>AMY L. DELINE<br>Assistant Director<br>NICOLE FRAZER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>nicole.frazer@usdoj.gov<br>202-305-7386 | JAMIE A. YAVELBERG<br>Director<br>NATALIE A. WAITES<br>Assistant Director<br>JOSHUA R. BARRON<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation<br>P.O. Box 261<br>Washington, D.C. 20044<br>joshua.r.barron2@usdoj.gov<br>202-307-0136 |

GREGORY W. KEHOE
United States Attorney for the
Middle District of Florida

LACY R. HARWELL, JR.
CAROLYN B. TAPIE
Special Assistant United States Attorneys
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
carolyn.b.tapie@usdoj.gov
813-274-6000

KELLY O. HAYES
United States Attorney for the
District of Maryland

THOMAS F. CORCORAN
Special Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
thomas.corcoran@usdoj.gov
410-209-4834

JOHN J. DURHAM
United States Attorney for the
Eastern District of New York

ELLIOT M. SCHACHNER
Special Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, New York 11201
elliot.schachner@usdoj.gov
718-254-6053

ERIK S. SIEBERT
United States Attorney for the Eastern
District of Virginia

JOHN E. BEERBOWER
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
john.beerbower@usdoj.gov
703-299-3841

*Counsel for United States*

 s/ Michael C. Rosenblat
MICHAEL C. ROSENBLAT
Rosenblat Law

DAVID J. CHIZEWER
WILLIAM C. MEYERS
Goldberg Kohn Ltd

*Counsel for T.J. Novak*

 s/ Adam T. Rabin
ADAM T. RABIN
HAVAN M. CLARK
Rabin Kammerer Johnson

ROSALYN SIA BAKER-BARNES
Searcy Denney Scarola Barnhart & Shipley

*Counsel for Elmer Mosley*

 s/ W. Scott Simmer
W. SCOTT SIMMER
WILL POWERS
Baron & Budd, PC

*Counsel for K&V Group LLP*

 s/ Jason T. Brown
JASON T. BROWN
PATRICK ALMONRODE
Brown, LLC

JAMES M. EVANGELISTA
Evangelista Worley LLC

DAVID S. STONE
ROBERT A. MAGNANINI
Stone & Magnanini LLP

*Counsel for Patrick Awa*