UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> v. ) <br> ) <br> ) <br> WALGREEN CO., WALGREENS BOOTS ) <br> ALLIANCE, INC., WALGREEN EASTERN CO., ) <br> INC., BOND DRUG COMPANY OF ILLINOIS, ) <br> DUANE READE, DUANE READE, INC., ) <br> WALGREEN ARIZONA DRUG CO., HAPPY ) <br> HARRY'S INC., WALGREEN LOUISIANA ) <br> CO., INC., and WALGREEN OF HAWAII, LLC, ) <br> ) <br> Defendants. ) | No. 18 C 5452, <br> No. 22 C 6052, <br> No. 22 C 6366, and <br> No. 23 C 1617 <br><br> Judge Lefkow <br><br> JURY TRIAL DEMANDED |
| UNITED STATES OF AMERICA, *ex rel.* T.J. ) <br> NOVAK, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WALGREENS BOOTS ALLIANCE, INC., ) <br> ) <br> Defendant. ) | No. 18 C 5452 <br><br> Judge Lefkow |
| UNITED STATES, *ex rel.* ELMER MOSLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALGREEN CO., ) <br> ) <br> Defendant. ) | No. 22 C 6052 <br><br> Judge Lefkow |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* K&V GROUP, LLP and on behalf of the STATE of FLORIDA, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., BAXTER DRUG, INC., DUANE READE HOLDINGS, INC., DUANE READE, INC., HAPPY HARRY'S DISCOUNT DRUG STORES, INC., HAPPY HARRY'S, INC., STEPHEN L. LAFRANCE PHARMACY, INC., WALGREEN HASTINGS CO., WALGREEN EASTERN CO., INC., BOND DRUG COMPANY OF ILLINOIS, LLC, WALGREEN LOUISIANA CO., INC., WALGREEN MERCANTILE CORP., WALGREEN OF HAWAII, LLC, WALGREEN OF MAUI, INC., WALGREEN OF PUERTO RICO, INC., WALGREEN OF SAN PATRICIO, INC., WALGREENS OF NORTH CAROLINA, INC., WALGREENS OF MASSACHUSETTS, LLC, WALGREENS STORE NO. 3288, LLC, WALGREENS STORE NO. 3332, LLC, WALGREENS STORE NO. 3680, LLC, WALGREENS STORE NO. 4650, LLC, WALGREENS STORE NO. 4651, LLC, WALGREENS STORE NO. 5576, LLC, WALGREENS STORE NO. 5838, LLC, WALGREENS STORE NO. 7839, LLC, WALGREEN OF US VIRGIN ISLANDS, LLC, WALGREEN OSHKOSH, INC., WALGREEN PHARMACY SERVICES EASTERN, LLC, WALGREEN PHARMACY SERVICES MIDWEST, LLC, WALGREEN PHARMACY SERVICES SOUTHERN, LLC, WALGREEN PHARMACY SERVICES WESTERN, LLC, and WALGREEN PHARMACY SERVICES WHS, LLC, and WALGREEN OF NEW MEXICO, INC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 22 C 6366<br>)<br>) Judge Lefkow<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICK AWA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 23 C 1617 ) ) Judge Lefkow ) |
| WALGREENS CO. and WALGREENS BOOTS ALLIANCE, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This case having come before the Court on the Joint Motion for Order of Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(2) by the United States of America (the "United States"), having intervened in part of this action and having declined to intervene in part of this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the Court being fully advised, FINDS as follows:

1. The United States intervened in this action with regard to certain of the allegations asserted against Defendants;

2. The United States filed its Complaint in Intervention on January 16, 2025, alleging certain claims against Defendants Walgreen Co., Walgreens Boots Alliance, Inc., Walgreen Eastern Co., Inc., Bond Drug Company of Illinois, Duane Reade, Duane Reade, Inc., Walgreen Arizona Drug Co., Happy Harry's Inc, Walgreen Louisiana Co., Inc., and Walgreen of Hawaii, LLC, and filed its Amended Complaint in Intervention on April 18, 2025;

3. The United States, the Relators, and the Defendants have entered into a settlement agreement (the "Settlement Agreement") as to all the United States' and Relators' claims in this action, with the exception of (1) Relators' claims against Defendants for recovery of attorneys'

2

fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d), (2) Relator Awa's personal claims pursuant to 31 U.S.C. § 3730(h), and (3) any claims Relators may have against the States of California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia and Washington (collectively the "States") for a share of the State Settlement Funds.

4.   The United States and Relators, with consent from Defendants, have filed a joint motion for an order of dismissal as to all claims alleged in the United States' Amended Complaint in Intervention and all of Relators' claims, with the exception of (1) Relators' claims against Defendants for recovery of attorneys' fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d), (2) Relator Awa's personal claims pursuant to 31 U.S.C. § 3730(h), and (3) any claims Relators may have against the States for a relator share.

Accordingly, it is hereby ORDERED as follows:

1. Consistent with the terms of the Settlement Agreement, the United States' Amended Complaint in Intervention is hereby dismissed with prejudice.

2. Consistent with the terms of the Settlement Agreement, all claims brought in any Relator's operative Complaint, with the exception of the claims described in Paragraph 4 above, are hereby dismissed with prejudice as to Relators.

3. The Court retains jurisdiction over the following claims: (1) Relators' claims against Defendants for recovery of attorneys' fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d), (2) Relator Awa's personal claims pursuant to 31 U.S.C.

§ 3730(h), and (3) any claims Relators may have for a share of the State Settlement Funds.

E N T E R:

                                                              Joan H. Lefkow
                                                              United States District Judge

Date: April 21, 2025