UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. T.J. NOVAK | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 18 C 5452, ) |
| WALGREENS BOOTS ALLIANCE, INC., | ) ) ) Judge Lefkow ) |
| Defendant. | ) |

## ORDER

This case having come before the Court on the Joint Motion for Entry of Schedule Regarding Attorney's Fees (the "Joint Motion"), and the Court being fully advised, FINDS as follows:

1. Pursuant to the Joint Motion, Plaintiff-Relator T.J. Novak ("Novak"), and Defendant Walgreens Boots Alliance, Inc. ("Walgreens"), ask this Court, pursuant to Local Rule 54.3 and Federal Rule of Evidence 54, to enter a schedule regarding Novak' claim to recover his attorney's fees, expenses and costs.

2. The Joint Motion is granted and the following schedule is entered with respect to Novak's claim for his attorney's fees, expenses and costs:

   a. On or before June 9, 2025, Novak shall comply with LR 54.3(d)(1)-(4) by providing Walgreens with all information required pursuant to those provisions;

   b. On or before July 28, 2025, Walgreens shall comply with the first paragraph of Local Rule 54.3(d)(5), and subsections (A)-(D) thereunder, by providing Novak with all information required pursuant to those provisions;

c. On or before August 25, 2025, Novak and Walgreens shall comply with Local Rule 54.3(d)(5) by identifying all hours, billing rates, or related nontaxable expenses (if any) that will and will not be objected to, the basis of any objections and the specific hours, billing rates, and related nontaxable expenses that in the parties' respective views are reasonable and should be compensated. The parties will thereafter attempt to resolve any remaining disputes;

d. On or before September 22, 2025, the parties shall comply with Local Rule 54.3(e) by filing a joint statement setting forth the information specified in such provision; and

e. On or before October 13, 2025, Novak shall file his motion for attorneys' fees, expenses and costs.

E N T E R:

_____
Joan H. Lefkow
United States District Judge

Date: May 12, 2025