UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* T.J. NOVAK,<br><br>   Plaintiff,<br><br>  v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>   Defendant. | Case No. 18-cv-05452<br><br>Hon. Joan H. Lefkow |

## AGREED ORDER OF DISMISSAL

This case having come before the Court on the parties' Joint Statement, requesting an order dismissing the claims of Plaintiff-Relator T.J. Novak ("Relator") against Defendant Walgreens Boots Alliance, Inc. ("Walgreens"), and the Court being fully advised, HOLDS as follows:

1. Plaintiff-Relator T.J. Novak's remaining claims against Walgreens are hereby DISMISSED WITH PREJUDICE; and

2. The Court shall retain jurisdiction only (1) to enforce the terms of the settlement between the parties and (2) over any claims Relator may have for a share of the State Settlement Funds, as referenced in Section 3(3) of this Court's dismissal Order dated April 21, 2025.

3. The status hearing currently scheduled for December 3, 2025 at 9:30 a.m. shall stand.

ENTERED: October 23, 2025

                _____
                Joan H. Lefkow
                United States District Judge