UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. et al. ex rel. Novak<br><br>    Plaintiffs,<br><br>v.<br><br>Walgreens Boots Alliance, et al.,<br><br>    Defendants. | Civil Case No.: 1:18cv05452<br>Related dockets:<br>1:22cv06052<br>1:22cv06366<br>1:23cv01617<br>1:25cv01058 |

## MOTION FOR MISCELLANEOUS RELIEF

The undersigned hereby respectfully moves this Court, pursuant to Local Rule 83.17, to remove him from the service list in this matter.

The undersigned was counsel for Relator Patrick Awa in *United States ex rel. Awa v. Walgreens Co., et al.*, 1:23cv01617 (N.D. Ill.), and was added to the service list in this matter when the cases were consolidated. However, Mr. Awa has settled his individual matter; his case has been closed; and he is not a party here. Counsel thus has no role in the instant matter.

WHEREFORE, the undersigned respectfully requests that he be removed from the service list in this matter.

Dated: February 2, 2026

Respectfully submitted,
**BROWN, LLC**

*/s/ Jason T. Brown*
Jason T. Brown, Esq.
111 Town Square Place, Suite 400
Jersey City, NJ 07310
877-561-0000 (phone)
855-582-5297 (fax)
*jtb@jtblawgroup.com*