# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: USA, et al., ex rel. T.J. Novak v. Walgreens Boots Alliance Inc.

Case Number: 18-cv-05452

An appearance is hereby filed by the undersigned as attorney for:
State of Oklahoma

Attorney name (type or print): Charles A. Dickson, III

Firm: Office of the Oklahoma Attorney General

Street address: 313 NE 21st Street

City/State/Zip: Oklahoma City, Oklahoma 73105

Bar ID Number: OBA #17941 (See item 3 in instructions)

Telephone Number: (405) 522-2962

Email Address: Charles.Dickson@oag.ok.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 2, 2026

Attorney signature: S/ Charles A. Dickson, III
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023